## THE TRUSTEES OF THE VILLAGE OF HAVANA, APPELLANTS, v. THE BOARD OF SUPERVISORS OF SCHUYLER COUNTY, RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered upon the trial of this action by the court without a jury.

The action was brought to have chapter 768, Laws of 1867, authorizing the county seat, buildings and courts of Schuyler county to be changed from the village of Havana to the village of Watkins, declared unconstitutional, and to restrain the defendant from disposing of the site or building in Havana. The General Term affirmed the judgment, holding, first, that the plaintiffs, as trustees, had no such right as entitled them to maintain the action; and, second, that no contract was made by the legislature in any act which had been passed, even if it had the power to make such contract, which conferred any vested right, or deprived that body of the power to provide for the holding of public courts, and changing the locality of the court house in the county of Schuyler.

*Erastus P. Hart* and *S. C. Keeler*, for the appellants.

*H. Boardman Smith* and *S. L. Rood*, for the respondent.

Opinion per Curiam.

Present — MILLER, P. J., BOCKES and BOARDMAN, JJ.

Judgment affirmed, with costs.